**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2412**
_____

In re: MELDAMION ANTOINE HUGULEY,

Petitioner.

_____

On Petition for Writ of Mandamus.  (1:18-cr-00205-WO-1)

_____

Submitted:  January 13, 2022                     Decided:  February 10, 2022

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Meldamion Antoine Huguley, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Meldamion Antoine Huguley petitions for a writ of mandamus seeking an order directing the Bureau of Prisons (BOP) to cease collecting funds from his inmate funds account through the Inmate Financial Responsibility Program. We conclude that Huguley is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Huguley has not shown that he has a clear right to the relief he seeks. He does not claim that he sought relief through the BOP's Administrative Remedy Program. Further, because he is questioning the execution of his sentence, he may seek relief by filing a 28 U.S.C. § 2241 petition in the district court. *See Fontanez v. O'Brien*, 807 F.3d 84, 87 (4th Cir. 2015).

The relief sought by Huguley is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*